UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE R. ZAFT,

          Case No. 12-13415

    Plaintiff,

          Paul D. Borman
          United States District Judge

v.

          Michael Hluchaniuk
          United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 17), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 23), and (4) REMANDING TO THE COMMISSIONER FOR FURTHER PROCEEDINGS

On August 19, 2013, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to grant Plaintiff's motion for summary judgment (Dkt. No. 17), deny Defendant's motion for summary judgment (Dkt. No. 23) and remand this matter to the Commissioner for further proceedings. (Dkt. No. 25, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's motion for summary judgment, DENIES Defendant's motion for summary judgment and REMANDS this matter pursuant to sentence four

of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED**.

                                          s/Paul D. Borman  
                                          PAUL D. BORMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: September 23, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 23, 2013.

                                          s/Deborah Tofil  
                                          Case Manager